UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GALVESTON OPEN GOVERNMENT PROJECT, *et al*, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-439 |
| | § § | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Plaintiff in the above styled and numbered cause of action has filed a Request for Dismissal of Defendant Norman Pappous (Docket Entry No. 69). Upon consideration of the Plaintiff's Motion, the Court **GRANTS** the Motion and claims against Norman Pappous in his official capacity are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**SIGNED** this 21st day of February, 2014.

_____
Gregg Costa
United States District Judge