UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TRYSHATEL MCCARDELL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:13-CV-439 |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| HOUSING AND URBAN § | |
| DEVELOPMENT, *et al*, § | |
| § | |
| Defendants. § | |
| § | |

## **FINAL JUDGMENT**

For the reasons given in the Court's Order dated May 23, 2014 (Docket Entry No. 121), defendants General Land Office of Texas and the Texas Department of Housing and Community Affairs are **DISMISSED** based on Eleventh Amendment sovereign immunity.

With respect to the remaining defendants, as a result of Plaintiff's Motion for Nonsuit and the resulting Order (Docket Entries 138 and 140), the constitutional claims asserted in Count One of the Third Amended Complaint are **DISMISSED WITH PREJUDICE**. For the reasons given in the Court's Memorandum and Order entered August 5, 2014 (Docket Enty 147), the Fair Housing Act claim asserted in Count Two of the Third Amended Complaint is **DISMISSED WITH PREJUDICE**. For the reasons given in the Court's Order

entered June 6, 2014 (Docket Entry No. 129), the Administrative Procedure Act claim asserted in Count Four (although sequentially it is just the third count asserted) of the Third Amended Complaint against HUD and its Secretary is **DISMISSED WITHOUT PREJUDICE**.

All claims in this case have now been dismissed. This is a final, appealable judgment.

**SIGNED** this 13th day of August, 2014.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation.